**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: CHRISTIANA ZEIGER, AN ALLEGED INCAPACITATED PERSON | : No. 416 MAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: DIANE ZEIGER, DAUGHTER | : from the Order of the Superior Court |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.